## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Nasira Rahmaan, | Civil No. 08-425 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| CSC Credit Services, Inc.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; Irwin Home Equity Corporation; and Option One Mortgage Corporation; | |
| Defendants. | |

Pursuant to the settlement between Plaintiff and Defendant Irwin Home Equity Corporation ("Irwin"), **IT IS HEREBY ORDERED** that Plaintiff's claims against Irwin are hereby **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorney's fees to either party. The Court will retain jurisdiction for sixty days to enforce the settlement agreement.

Dated: May 6, 2008                s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge