## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

Nasira Rahmaan,  Civil No. 08-425 (RHK/JJK)

        Plaintiff,  **ORDER OF PARTIAL DISMISSAL**

v.

CSC Credit Services, Inc.;
Equifax Information Services, LLC;
Experian Information Solutions, Inc.;
Irwin Home Equity Corporation; and
Option One Mortgage Corporation,

        Defendants.
___

Based upon the Stipulation between Plaintiff and Option One Mortgage Corporation (Doc. No. 29), **IT IS ORDERED** that Plaintiff's claims against Defendant Option One Mortgage Corporation are **DISMISSED WITH PREJUDICE** and without further costs, attorneys' fees or expenses to any party.

Dated:  August 20, 2008

                                                s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge