**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nasira Rahmaan,                                             Civil No. 08-425 (RHK/JJK)

      Plaintiff,                                             **ORDER**

v.

CSC Credit Services, Inc.; Equifax
Information Services, LLC; Experian
Information Solutions, Inc.; Irwin Home
Equity Corporation; and Option One
Mortgage Corporation;

      Defendants.

---

Pursuant to the settlement between Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), **IT IS HEREBY ORDERED** that Plaintiff's claims against Experian are hereby **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorney's fees to either party.  The Court will retain jurisdiction for sixty days to enforce the settlement agreement.

Dated:  October 14, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge