## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Nasira Rahmaan, | **CIVIL NO.: 08-425 (RHK/JJK)** |
| Plaintiff, | **ORDER** |
| v. | |
| CSC Credit Services, Inc.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; Irwin Home Equity Corporation; and Option One Mortgage Corporation; | |
| Defendants. | |

Pursuant to the settlement between Plaintiff and Defendants CSC Credit Services, Inc. ("CSC"), and Equifax Information Services, LLC ("Equifax"), **IT IS HEREBY ORDERED** that Plaintiff's claims against CSC and Equifax are hereby **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorney's fees to either party. The Court will retain jurisdiction for sixty days to enforce the settlement agreement.

Dated:  January 26, 2009

                                           s/Richard H. Kyle
                                           RICHARD H. KYle
                                           United States District Judge